IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWN SHINTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-13-1014-D |
| | ) |
| TIM WILKINSON, Warden, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on October 17, 2013. Judge Mitchell recommends the denial of Petitioner's motion for leave to proceed *in forma pauperis* (IFP) because he has sufficient financial resources to pay the $5.00 filing fee for his Petition. Petitioner has not filed a timely objection but, instead, has paid the required $5.00 fee. Accordingly, the Court finds that Petitioner's IFP motion is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 7] is ADOPTED, and Petitioner's IFP motion [Doc. No. 6] is DENIED.

IT IS SO ORDERED this 13th day of November, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE